# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136724

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARYL L. WALDON,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136724
COA: 276152
Macomb CC: 2006-000383-FC

      On order of the Court, the application for leave to appeal the May 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

0828